# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA CORSON, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAMI ATHERTON, individually and doing business as "LUXURY REAL ESTATE PREVIEW; *et al.*,<br><br>　　　　Defendants. | Case No.: 2:18-cv-01304-CAS-PLAx<br><br>**ORDER ON APPLICATION FOR DEFAULT JUDGMENT BY COURT** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

The Court **ORDERS** that judgment be entered against Atherton, Individually and doing business as doing business as "Luxury Real Estate Preview," and that Atherton shall be liable to Corson in the amount of $30,000.00 plus $2,400.00 in attorneys' fees and $488.55 in costs.

IT IS SO ORDERED.

Dated: May 11, 2020

By: *Christina A. Snyder*
Hon. Christina A. Snyder
United States District Judge